Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  18−11251−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s)) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Barbara D Irizarry
    aka Barbara D Bautista
    5 Harris St
    Bridgeton, NJ 08302

Social Security No.:
    xxx−xx−1506

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/24/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 25, 2018
JAN: bc

                              Jeanne Naughton
                              Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                      Case No. 18-11251-ABA
Barbara D Irizarry                                          Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin               Page 1 of 2            Date Rcvd: Jul 25, 2018
                              Form ID: 148              Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2018.
db             +Barbara D Irizarry,    5 Harris St,    Bridgeton, NJ 08302-3524
517289073      +Cohanzick Orthopedic,    70 manheim Ave.,    Bridgeton, NJ 08302-2136
517289074      +Countryside Village,    99 Deerfield Dr,    Bridgeton, NJ 08302-4271
517289078       Mariner Finance,    3650 E. Landis Ave. Unit 19,    Vineland, NJ 08361
517412337      +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
517289081      +Randolph Walzer,   2042 W. County Line Rd. Unit 8,    Jackson, NJ 08527-2010
517289083       T-Mobile,   12920 SE 38th Streeet,    Bridgeton, NJ 08302
517338018      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 25 2018 23:37:33     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 25 2018 23:37:30      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517289068      +EDI: RMSC.COM Jul 26 2018 03:03:00      American Eagle,   PO Box 530942,
                 Atlanta, GA 30353-0942
517289069      +E-mail/Text: bk@avant.com Jul 25 2018 23:38:10      Avant,   222 N. La Salle St.,
                 Chicago, IL 60601-1101
517289070      +EDI: WFNNB.COM Jul 26 2018 03:03:00      Boscov's,   PO Box 183003,    Columbus, OH 43218-3003
517289071      +EDI: CAPITALONE.COM Jul 26 2018 03:03:00      Capital One,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
517394820       EDI: BL-BECKET.COM Jul 26 2018 03:03:00      Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
517289072      +EDI: CHASE.COM Jul 26 2018 03:03:00      Chase Card Service,   PO Box 15298,
                 Wilmington, DE 19850-5298
517289075      +EDI: RCSFNBMARIN.COM Jul 26 2018 03:03:00      Credit One Bank,   PO Box 98873,
                 Las Vegas, NV 89193-8873
517289076      +EDI: RMSC.COM Jul 26 2018 03:03:00      JC Penney,   PO Box 965009,    Orlando, FL 32896-5009
517289077      +EDI: CBSKOHLS.COM Jul 26 2018 03:03:00      Kohl's,   PO Box 2983,    Milwaukee, WI 53201-2983
517412319       EDI: RESURGENT.COM Jul 26 2018 03:03:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC and,    FNBM, LLC,   Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
517412201       EDI: MERRICKBANK.COM Jul 26 2018 03:03:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
517289079      +EDI: MERRICKBANK.COM Jul 26 2018 03:03:00      Merrick Bank,
                 10705 South Jordan Gateway Suite 200,    South Jordan, OT 84095-3977
517386056      +EDI: MID8.COM Jul 26 2018 03:03:00      Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011
517289080      +EDI: RMSC.COM Jul 26 2018 03:03:00      Old Navy,   PO Box 530942,    Atlanta, GA 30353-0942
517410508       EDI: Q3G.COM Jul 26 2018 03:03:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
517400645       EDI: Q3G.COM Jul 26 2018 03:03:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
517292442      +EDI: RMSC.COM Jul 26 2018 03:03:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517416608      +EDI: RMSC.COM Jul 26 2018 03:03:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
517313688      +EDI: AIS.COM Jul 26 2018 03:03:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517430713      +E-mail/Text: bncmail@w-legal.com Jul 25 2018 23:37:43      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
517289084       EDI: TFSR.COM Jul 26 2018 03:03:00      Toyota Financial,   4 Gatehall Dr #300,
                 Parsippany, NJ 07054
517289082      +EDI: WTRRNBANK.COM Jul 26 2018 03:03:00      Target,   PO Box 9500,    Minneapolis, MN 55440-9500
517289085      +EDI: RMSC.COM Jul 26 2018 03:03:00      Walmart,   PO Box 960024,    Orlando, FL 32896-0024
                                                                                              TOTAL: 25

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jul 25, 2018
                              Form ID: 148             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
              Terry Tucker    on behalf of Debtor Barbara D Irizarry terrytucker@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 5
```