Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−11251−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Barbara D Irizarry
    aka Barbara D Bautista
    5 Harris St
    Bridgeton, NJ 08302

Social Security No.:
    xxx−xx−1506

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:             10/10/18
Time:             10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 4, 2018
JAN: ml

                                          Jeanne Naughton
                                          Clerk, U. S. Bankruptcy Court

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                      Case No. 18-11251-ABA
Barbara D Irizarry                                          Chapter 13
       Debtor                   CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2            Date Rcvd: Sep 04, 2018
                               Form ID: 132             Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2018.
db           +Barbara D Irizarry,    5 Harris St,    Bridgeton, NJ 08302-3524
517394820     Capital One, N.A.,     c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517289072    +Chase Card Service,    PO Box 15298,    Wilmington, DE 19850-5298
517289073    +Cohanzick Orthopedic,    70 manheim Ave.,    Bridgeton, NJ 08302-2136
517289074    +Countryside Village,    99 Deerfield Dr,    Bridgeton, NJ 08302-4271
517289078     Mariner Finance,    3650 E. Landis Ave. Unit 19,    Vineland, NJ 08361
517412337    +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
517289081    +Randolph Walzer,    2042 W. County Line Rd. Unit 8,    Jackson, NJ 08527-2010
517289083     T-Mobile,    12920 SE 38th Streeet,    Bridgeton, NJ 08302
517289084    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial,     4 Gatehall Dr #300,    Parsippany, NJ 07054)
517289082    +Target,    PO Box 9500,    Minneapolis, MN 55440-9500
517338018    +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2018 23:41:37     U.S. Attorney,   970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 04 2018 23:41:34     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517289068    +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2018 23:47:02     American Eagle,   PO Box 530942,
              Atlanta, GA 30353-0942
517289069    +E-mail/Text: bk@avant.com Sep 04 2018 23:42:13     Avant,   222 N. La Salle St.,
              Chicago, IL 60601-1101
517289070    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 04 2018 23:41:20     Boscov's,   PO Box 183003,
              Columbus, OH 43218-3003
517289071    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 04 2018 23:46:11     Capital One,
              PO Box 30285,    Salt Lake City, UT 84130-0285
517289075    +E-mail/PDF: creditonebknotifications@resurgent.com Sep 04 2018 23:46:21     Credit One Bank,
              PO Box 98873,    Las Vegas, NV 89193-8873
517289076    +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2018 23:46:35     JC Penney,   PO Box 965009,
              Orlando, FL 32896-5009
517289077    +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 04 2018 23:40:48     Kohl's,   PO Box 2983,
              Milwaukee, WI 53201-2983
517412319     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 04 2018 23:46:47
              LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
              FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517412201     E-mail/Text: bkr@cardworks.com Sep 04 2018 23:40:35     MERRICK BANK,
              Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
517289079    +E-mail/Text: bkr@cardworks.com Sep 04 2018 23:40:35     Merrick Bank,
              10705 South Jordan Gateway Suite 200,    South Jordan, OT 84095-3977
517386056    +E-mail/Text: bankruptcydpt@mcmcg.com Sep 04 2018 23:41:33     Midland Funding LLC,
              PO Box 2011,    Warren, MI 48090-2011
517289080    +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2018 23:47:02     Old Navy,   PO Box 530942,
              Atlanta, GA 30353-0942
517410508     E-mail/Text: bnc-quantum@quantum3group.com Sep 04 2018 23:41:28
              Quantum3 Group LLC as agent for,    Comenity Capital Bank,   PO Box 788,
              Kirkland, WA 98083-0788
517400645     E-mail/Text: bnc-quantum@quantum3group.com Sep 04 2018 23:41:28
              Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
517292442    +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2018 23:46:35     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517416608    +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2018 23:46:35     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
517313688    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 04 2018 23:46:21     T Mobile/T-Mobile USA Inc,
              by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517430713    +E-mail/Text: bncmail@w-legal.com Sep 04 2018 23:41:48     TD Bank USA, N.A.,
              C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
517289085    +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2018 23:47:02     Walmart,   PO Box 960024,
              Orlando, FL 32896-0024
                                                                                              TOTAL: 21

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1          User: admin                Page 2 of 2                  Date Rcvd: Sep 04, 2018
                              Form ID: 132               Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com
              Terry  Tucker    on behalf of Debtor Barbara D Irizarry terrytucker@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```