UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Terry Tucker, Esq
80 W Broad St
Bridgeton, NJ 08302
TT8409
For Debtor(s)

Order Filed on September 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Barabara D Irizarry

Case No.:     18-11251/ABA

Chapter:     13

Judge: _____

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 12, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that ___Attorney Terry Tucker on behalf of Debtor___, the applicant, is allowed a fee of $ ___500.00___ for services rendered and expenses in the amount of $___0.00___ for a total of $___400.00___. The allowance shall be payable:

☑ through the Chapter 13 plan as an administrative priority.

❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $___376.00___ per month for ___52___ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*