| |
|---|
| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| |
| **GREENBLATT & LIEBERMAN, LLC** |
| **272091971 284431972** |
| 102 Browning Lane – Bldg B |
| CHERRY HILL, NJ 08003 |
| (856) 429-1050 |
| ATTORNEY FOR CREDITOR |
| |
| RE:  DEBTOR: Barbara Irizarry aka Bautista |
| |
| CREDITOR:  COUNTRYSIDE VILLAGE  APTS., |

**Order Filed on November 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

CASE # : 18-11251-ABA

Judge: Andrew B. Altenburg

**Debtor:**
Barbara Irizarry aka Bautista    **Creditor:**   COUNTRYSIDE VILLAGE APTS.

**ORDER TO VACATE AUTOMATIC STAY**

The relief set forth on the following pages numbered 1 & 2 is hereby **ORDERED.**

**DATED: November 27, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)

**Debtor**: Barbara Irizarry aka Bautista

**Case No:** 18-11251-ABA

**Caption of Order:**  Barbara Irizarry aka Bautista DEBTOR, COUNTRYSIDE VILLAGE APTS. Creditor

_____

Upon Consideration of Greenblatt & Lieberman's  motion/application for an Order Vacating the Automatic Stay, and good Cause appearing therefore, it is   hereby:

**ORDERED** that:

1. The Automatic Stay in the instant matter is hereby vacated.

2. The Creditor may proceed with an Eviction action pursuant to the laws of New Jersey.