

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Andrew Sklar, Esquire (AS3105)<br>Sklar Law, LLC<br>1200 Laurel Oak Road – Ste 102<br>Voorhees, New Jersey 08043<br>(856) 258-4050<br>Atty for Creditor Helmer, Conley & Kasselman PA | **Order Filed on December 11, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>**BARBARA D. IRIZARRY** | Case No.: **18-11251/ABA**<br><br>Adv. No.:<br><br>Hearing Date: 12/11/18  @ 10:00 am<br><br>Judge: Andrew B Altenburg |

### ORDER DETERMINING CLAIM #16
### FILED BY HELMER, CONLEY & KASSELMAN PA
### IS DEEMED TO BE TIMELY FILED

The relief set forth on the following pages, numbered two (2) through (2)   is hereby **ORDERED**.

**DATED: December 11, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(PAGE 2)**

Debtor: **BARBARA D. IRIZARRY** .
Case No.: **18-11251/ABA**
Caption: **ORDER DETERMING CLAIM #16 FILED BY HELMER, CONLEY & KASSELMAN PA. TO BE TIMELY FILED**

---

**THIS MATTER** having come before the Court upon the motion of Andrew Sklar, Esquire, for an Order determining that Claim #16 filed by Helmer, Conley & Kasselman, PA, be deemed timely filed; and for good cause shown;

**IT IS ORDERED** that Helmer, Conley & Kasselman, PA's Proof of Claim, Claim #16, filed on November 7, 2018, is deemed to be timely filed in this matter.

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee is authorized to pay this claim.