UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Andrew Sklar, Esquire (AS3105)
Sklar Law, LLC
1200 Laurel Oak Road – Ste 102
Voorhees, New Jersey 08043
(856) 258-4050
*Attorneys for Helmer, Conley & Kasselman PA, Creditor Herein*

**Order Filed on December 11, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**BARBARA D. IRIZARRY**

Case No.: **18-11251/ABA**

Ch 13.

Honorable Andrew B Altenburg
Hearing: 12/11/2018 @ 10:00 am

## ORDER GRANTING HELMER, CONLEY & KASSELMAN, PA
## RELIEF FROM THE CO-DEBTOR STAY
## PURSUANT TO 11 U.S.C. § 1301(c )(2)

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: December 11, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(PAGE 2)**

| | |
|---|---|
| Debtor: | **BARBARA D. IRIZARRY** |
| Case No.: | **18-11251/ABA** |
| Caption: | **ORDER GRANTING HELMER, CONLEY & KASSELMAN, PA RELIEF FROM THE CO-DEBTOR STAY PURSUANT TO 11 U.S.C. § 1301(c)(2)** |

**THIS MATTER** having come before the Court upon the motion of Andrew Sklar, Esquire, for an Order granting Helmer, Conley & Kasselman PA. relief from the co-debtor stay as to Mercedes Cruz and Jose A. Ascencio, to institute and prosecute an action against them with respect to a debt owed to said creditor, and for good cause shown;

**IT IS ORDERED** that

(1) The automatic stay of 11 U.S.C. §**1301(c)(2)** is hereby **VACATED**; and

(2) The creditor is hereby permitted to institute and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction to the movant's rights against Mercedes Cruz; and

(3) The creditor is hereby permitted to institute and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction to the movant's rights against Jose A. Ascencio.