UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Andrew Sklar, Esquire (AS3105)
Sklar Law, LLC
1200 Laurel Oak Road – Ste 102
Voorhees, New Jersey 08043
(856) 258-4050
Atty for Creditor Helmer, Conley & Kasselman PA

In Re:

**BARBARA D. IRIZARRY**

Order Filed on December 11, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: **18-11251/ABA**

Adv. No.:

Hearing Date: 12/11/18 @ 10:00 am

Judge: Andrew B Altenburg

## ORDER DETERMINING CLAIM #16
## FILED BY HELMER, CONLEY & KASSELMAN PA
## IS DEEMED TO BE TIMELY FILED

The relief set forth on the following pages, numbered two (2) through (2)   is hereby **ORDERED**.

**DATED: December 11, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: **BARBARA D. IRIZARRY** .
Case No.: **18-11251/ABA**
Caption: **ORDER DETERMING CLAIM #16 FILED BY HELMER, CONLEY & KASSELMAN PA. TO BE TIMELY FILED**

---

**THIS MATTER** having come before the Court upon the motion of Andrew Sklar, Esquire, for an Order determining that Claim #16 filed by Helmer, Conley & Kasselman, PA, be deemed timely filed; and for good cause shown;

**IT IS ORDERED** that Helmer, Conley & Kasselman, PA's Proof of Claim, Claim #16, filed on November 7, 2018, is deemed to be timely filed in this matter.

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee is authorized to pay this claim.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-11251-ABA
Barbara D Irizarry                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Dec 11, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2018.
db              #+Barbara D Irizarry,    5 Harris St,    Bridgeton, NJ 08302-3524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2018 at the address(es) listed below:
              Andrew  Sklar    on behalf of Creditor   Helmer Conley & Kasselman PA andy@sklarlaw.com,
               dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com
              Michael S. Greenblatt    on behalf of Creditor    Countryside Village Apartments
               michellebank@gllawoffice.com
              Terry  Tucker    on behalf of Debtor Barbara D Irizarry terrytucker@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 8