UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Andrew Sklar, Esquire (AS3105)
Sklar Law, LLC
1200 Laurel Oak Road – Ste 102
Voorhees, New Jersey 08043
(856) 258-4050
*Attorneys for Helmer, Conley & Kasselman PA, Creditor Herein*

**Order Filed on December 11, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**BARBARA D. IRIZARRY**

Case No.: **18-11251/ABA**

Ch 13.

Honorable Andrew B Altenburg
Hearing: 12/11/2018 @ 10:00 am

**ORDER GRANTING HELMER, CONLEY & KASSELMAN, PA
RELIEF FROM THE CO-DEBTOR STAY
PURSUANT TO 11 U.S.C. § 1301(c )(2)**

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: December 11, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(PAGE 2)**

Debtor: **BARBARA D. IRIZARRY**
Case No.: **18-11251/ABA**
Caption: **ORDER GRANTING HELMER, CONLEY & KASSELMAN, PA RELIEF FROM THE CO-DEBTOR STAY PURSUANT TO 11 U.S.C. § 1301(c )(2)**

**THIS MATTER** having come before the Court upon the motion of Andrew Sklar, Esquire, for an Order granting Helmer, Conley & Kasselman PA. relief from the co-debtor stay as to Mercedes Cruz and Jose A. Ascencio, to institute and prosecute an action against them with respect to a debt owed to said creditor, and for good cause shown;

**IT IS ORDERED** that

(1) The automatic stay of 11 U.S.C. §**1301(c )(2)** is hereby **VACATED**; and

(2) The creditor is hereby permitted to institute and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction to the movant's rights against Mercedes Cruz; and

(3) The creditor is hereby permitted to institute and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction to the movant's rights against Jose A. Ascencio.

United States Bankruptcy Court
District of New Jersey

In re:  
Barbara D Irizarry  
    Debtor

Case No. 18-11251-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1       User: admin       Page 1 of 1       Date Rcvd: Dec 11, 2018  
                  Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2018.  
db      #+Barbara D Irizarry,    5 Harris St,    Bridgeton, NJ 08302-3524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2018 at the address(es) listed below:
       Andrew Sklar    on behalf of Creditor    Helmer Conley & Kasselman PA andy@sklarlaw.com, dolores@sklarlaw.com  
       Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation kmcdonald@blankrome.com, bkgroup@kmllawgroup.com  
       Michael S. Greenblatt    on behalf of Creditor    Countryside Village Apartments michellebank@gllawoffice.com  
       Terry Tucker    on behalf of Debtor Barbara D Irizarry terrytucker@comcast.net  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                      TOTAL: 8