Form 199 – ntcreschfstmtg

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18–11251–ABA
Chapter:  7
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Barbara D Irizarry
        aka Barbara D Bautista
    297 Cohansey Street
    Bridgeton, NJ 08302
Social Security No.:
    xxx–xx–1506
Employer's Tax I.D. No.:

## NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE
## AND RESCHEDULING OF MEETING
## OF CREDITORS

    NOTICE IS HEREBY GIVEN that Joseph Marchand was appointed pursuant to 11 U.S.C. Section 701(a), as Interim Trustee, replacing Andrew Sklar.

    ACCORDINGLY, the meeting of creditors has been rescheduled to:

Date:              3/18/19
Time:                  09:00 AM
Location:        Bridge View Building, Suite 102, 800 Cooper Street, Camden, NJ 08101

    Please note, all previously scheduled deadlines remain the same.

Dated: February 20, 2019
JAN:

Jeanne Naughton
Clerk