**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 18−11251−ABA
        Chapter: 7
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Barbara D Irizarry
   aka Barbara D Bautista
   297 Cohansey Street
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−1506

Employer's Tax I.D. No.:

**NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE
AND RESCHEDULING OF MEETING
OF CREDITORS**

    NOTICE IS HEREBY GIVEN that Joseph Marchand was appointed pursuant to 11 U.S.C. Section 701(a), as Interim Trustee, replacing Andrew Sklar.

    ACCORDINGLY, the meeting of creditors has been rescheduled to:

Date:        3/18/19
Time:       09:00 AM
Location:   Bridge View Building, Suite 102, 800 Cooper Street, Camden, NJ 08101

    Please note, all previously scheduled deadlines remain the same.


Dated: February 20, 2019
JAN:

                                Jeanne Naughton
                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-11251-ABA
Barbara D Irizarry                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2              Date Rcvd: Feb 20, 2019
                               Form ID: 199             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2019.
db              +Barbara D Irizarry,    297 Cohansey Street,    Bridgeton, NJ 08302-1550
tr              +Andrew Sklar,    1200 Laurel Oak Road,    Suite 102,    Voorhees, NJ 08043-4317
517394820        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517289072       +Chase Card Service,    PO Box 15298,    Wilmington, DE 19850-5298
517289073       +Cohanzick Orthopedic,    70 manheim Ave.,    Bridgeton, NJ 08302-2136
517289074       +Countryside Village,    99 Deerfield Dr,    Bridgeton, NJ 08302-4271
517859197       +HELMER, CONLEY & KASSELMAN PA,    c/o SKLAR LAW LLC,    ANDREW SKLAR, ESQUIRE,
                 1200 LAUREL OAK RD, STE 102,    VOORHEES, NJ 08043-4317
517289078        Mariner Finance,    3650 E. Landis Ave. Unit 19,    Vineland, NJ 08361
517412337       +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
517289081       +Randolph Walzer,    2042 W. County Line Rd. Unit 8,    Jackson, NJ 08527-2010
517289083        T-Mobile,    12920 SE 38th Streeet,    Bridgeton, NJ 08302
517289084      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Financial,    4 Gatehall Dr #300,    Parsippany, NJ 07054)
517289082       +Target,    PO Box 9500,   Minneapolis, MN 55440-9500
517338018       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +E-mail/Text: pmarraffa@standingtrustee.com Feb 21 2019 00:13:23     Isabel C. Balboa,
                 Chapter 13 Standing Trustee,    Cherry Tree Corporate Center,    535 Route 38 - Suite 580,
                 Cherry Hill, NJ 08002-2977
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 21 2019 00:14:36     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 21 2019 00:14:34     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517289068       +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2019 00:16:39     American Eagle,    PO Box 530942,
                 Atlanta, GA 30353-0942
517289069       +E-mail/Text: bk@avant.com Feb 21 2019 00:15:17     Avant,    222 N. La Salle St.,
                 Chicago, IL 60601-1101
517289070       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 21 2019 00:14:20     Boscov's,    PO Box 183003,
                 Columbus, OH 43218-3003
517289071       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 21 2019 00:18:12     Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
517289075       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 21 2019 00:16:49     Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
517289076       +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2019 00:18:04     JC Penney,    PO Box 965009,
                 Orlando, FL 32896-5009
517289077       +E-mail/Text: bncnotices@becket-lee.com Feb 21 2019 00:13:35     Kohl's,    PO Box 2983,
                 Milwaukee, WI 53201-2983
517412319        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 21 2019 00:17:39
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517412201        E-mail/Text: bkr@cardworks.com Feb 21 2019 00:13:07     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517289079       +E-mail/Text: bkr@cardworks.com Feb 21 2019 00:13:07     Merrick Bank,
                 10705 South Jordan Gateway Suite 200,    South Jordan, OT 84095-3977
517386056       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 21 2019 00:14:33     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517289080       +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2019 00:16:37     Old Navy,    PO Box 530942,
                 Atlanta, GA 30353-0942
517410508        E-mail/Text: bnc-quantum@quantum3group.com Feb 21 2019 00:14:26
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
517400645        E-mail/Text: bnc-quantum@quantum3group.com Feb 21 2019 00:14:27
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
517292442       +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2019 00:18:06     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517416608       +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2019 00:16:37     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
517313688       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 21 2019 00:17:42     T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517430713       +E-mail/Text: bncmail@w-legal.com Feb 21 2019 00:14:49     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517289085       +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2019 00:16:37     Walmart,    PO Box 960024,
                 Orlando, FL 32896-0024
                                                                                              TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Feb 20, 2019
                              Form ID: 199             Total Noticed: 36

cr*         +Helmer Conley & Kasselman PA,   c/o Sklar Law LLC,   Andrew Sklar, Esquire,
              1200 Laurel Oak Road,   Suite 102,   Voorhees, NJ 08043-4317
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2019 at the address(es) listed below:
          Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
          Andrew   Sklar    on behalf of Creditor   Helmer Conley & Kasselman PA andy@sklarlaw.com,
           dolores@sklarlaw.com
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Joseph   Marchand    jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation
           kmcdonald@blankrome.com,   bkgroup@kmllawgroup.com
          Michael S. Greenblatt    on behalf of Creditor   Countryside Village Apartments
           michellebank@gllawoffice.com
          Terry   Tucker    on behalf of Debtor Barbara D Irizarry terrytucker@comcast.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 9
```